UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANNETTE RICHARDSON, et al., *on behalf of themselves and all others similarly situated*,

        Plaintiffs,

-v-

CITY OF NEW YORK,

        Defendant.

17-CV-9447 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

The Court hereby clarifies that its May 12, 2021 opinion and order dismissed Annette Richardson's, Debra Poe's, and Stephanie Thomas's claims for injunctive relief only, preserving their claims for money damages.

The Clerk of Court is directed to close the motion at Docket Number 102.

SO ORDERED.

Dated: May 26, 2021
      New York, New York

_____
J. PAUL OETKEN
United States District Judge