UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ANNETTE RICHARDSON,
DEBORAH BOWMAN,
DEBRA POE,
DINO RIOJAS,
STEPHANIE THOMAS,
BRENDA McKIVER,
JON WATSON, and
ERICA RICHARDSON

**STIPULATION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO RULE 54(B)**

17 Civ. 9447 (JPO)

On behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

CITY OF NEW YORK,

                Defendant.

------------------------------------------------------------------- X

**IT IS HEREBY STIPULATED AND AGREED** by and between Defendant City of New York and Plaintiffs Annette Richardson, Deborah Bowman, Debra Poe, Dino Riojas, Stephanie Thomas, Jon Watson, and Erica Richardson ("Plaintiffs"), as represented below that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that the Court may direct entry of a final judgment as to each of those seven Plaintiffs pursuant to Rule 54(b). The final judgment is being entered pursuant to the terms of a settlement negotiated between the seven Plaintiffs and the City.

Final judgment is not being entered as to Plaintiff Brenda McKiver, who passed away in 2021, and her estate is not a party to this Stipulation. The Court hereby determines that there is no just reason for delay in entering final judgment as to the seven Plaintiffs identified above. A daughter of Ms. McKiver states that she has applied for but not yet received Letters Testamentary. Until the Letters Testamentary are received, nobody is authorized to negotiate a settlement for the McKiver estate..

Dated: December 14, 2021
       New York, New York

| | |
|---|---|
| **MEHRI & SKALET PLLC,** | **GEORGIA M. PESTANA** |
| Attorneys For Plaintiffs | Corporation Counsel of the |
| 1250 Connecticut Avenue, N.W., Suite 300 | City of New York |
| Washington D.C. 20036 | Attorney for Defendant |
| (202) 822-5100 | 100 Church Street, Room 2-115 |
| | New York, New York 10007 |
| **VALLI KANE & VAGNINI, PLLC** | (212) 356-2567 |
| Attorneys For Plaintiffs | |
| 600 Old Country Road, Suite 519 | |
| Garden City, New York 11530 | |
| (516) 203-7180 | |

By: _/s/ Michael D. Lieder_  
Michael D. Lieder

By: _/s/ Yuval Rubinstein_  
Yuval Rubinstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ANNETTE RICHARDSON,
DEBORAH BOWMAN,
DEBRA POE,
DINO RIOJAS,                                                **FINAL JUDGMENT**
STEPHANIE THOMAS,                                           **PURSUANT TO RULE 54(B)**
BRENDA McKIVER,
JON WATSON, and                                             17 Civ. 9447 (JPO)
ERICA RICHARDSON

On behalf of themselves and all others similarly situated,

                                                Plaintiffs,

        -against-

CITY OF NEW YORK,

                                                Defendant.

------------------------------------------------------------------- X

      Based on the Stipulation for Entry of Final Judgment Pursuant to Rule 54(b) and the entire record in this case, the Court hereby enters final judgment in this case with respect to the claims of seven of the eight named Plaintiffs – Annette Richardson, Deborah Bowman, Debra Poe, Dino Riojas, Stephanie Thomas, Jon Watson, and Erica Richardson – against Defendant City of New York.  The final judgment is being entered pursuant to the terms of a settlement negotiated between the seven Plaintiffs and the City.

      No judgment shall be entered with respect to the claims of Plaintiff Brenda McKiver, whom the parties represent is deceased.  For the reasons set forth in the Stipulation, the Court determines that there is no just reason for delay in entering final judgment as to the seven settling Plaintiffs identified above.

Dated: December 21, 2021
New York, New York

                                                       _____
                                                             J. PAUL OETKEN
                                                             United States District Judge