UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNETTE RICHARDSON, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITY OF NEW YORK,<br><br>　　　　　　　Defendant. | Civil No. 1:17-cv-09447 (JPO) |

# ORDER

Upon consideration of the Unopposed Motion to Substitute Necole Simpkins for Brenda McKiver as Plaintiff, the memorandum and declaration in support of the motion, the letter motion for an extension of time submitted on September 15, 2023, and all the records and proceedings in the action, it is hereby ORDERED that the Unopposed Motion is hereby granted, Brenda McKiver shall no longer be a plaintiff in the action, and Necole Simpkins, as representative of the estate of Brenda McKiver, shall be substituted for Ms. McKiver as the sole remaining plaintiff in the action.

　　*The Clerk is directed to close ECF No. 143.*

Dated: September 20, 2023
New York, NY

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　United States District Judge